UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WALTER DAVID DUNCAN,

        Defendant.

INFORMATION

8 U.S.C. § 1324(a)(1)(A)(v)(I)

CR 15-249 DSD

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Bring in Certain Aliens)

1. Defendant Walter David Duncan, a citizen of Canada, is an alien.

2. Beginning on a unknown date and continuing up to and including August 15, 2015, in the State and District of Minnesota and elsewhere, the defendant,

**WALTER DAVID DUNCAN,**

and others known and unknown to the United States Attorney, did knowingly and intentionally conspire and agree to bring and attempt to bring an alien, that is, the defendant, into the United States in any manner whatsoever at a place other than a designated port of entry and other than as designated by the Commissioner, knowing the defendant was an alien, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).


SCANNED
SEP 1 1 2015
U.S. DISTRICT COURT MPLS

## OVERT ACTS

3.  In furtherance of the conspiracy and to accomplish the objects thereof, the defendant and others known and unknown to the United States Attorney performed and caused to be performed the following overt acts, among others:

   a.  On August 14, 2015, the defendant and co-conspirators R.D. and J.Z. traveled together from Toronto to Thunder Bay, Canada, where co-conspirator R.D. rented a silver Kia Optima car.

   b.  On August 15, 2015, co-conspirator R.D. entered the United States via the Grand Portage Port of Entry driving the rented car.

   c.  On August 15, 2015, the defendant and co-conspirator J.Z. swam across the Pigeon River, which forms a portion of the border between Canada and the United States, to enter the United States at a place other than a designated port of entry and other than as designated by the Commissioner.

   d.  On August 15, 2015, co-conspirator R.D. met the defendant and co-conspirator J.Z. at a pre-designated place near Grand Portage, Cook County, Minnesota and within the United States.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(V)(I).

Dated: 9-10-2015

ANDREW M. LUGER
United States Attorney

BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney ID No. 183908